UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IGOR SIDORKIN and MICHELLE MILES et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ALLIED INTERSTATE LLC <br><br> *Defendant.* | 1:18-cv-01330 (ENV) (SJB) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Allied Interstate LLC f/k/a Allied Interstate, Inc. (hereinafter "Defendant"), by its attorneys Reed Smith LLP, respectfully submits this Corporate Disclosure Statement.

Defendant states that there is no publicly-held corporation that owns 10% or more of its stock, and that iQor US, Inc. is its parent corporation.


Dated: New York, New York      REED SMITH LLP
April 23, 2018



By: /s/ Nana Boyer (Japaridze)
    Nana Boyer (Japaridze)
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
nboyer@reedsmith.com

*Attorneys for Defendant*
*Allied Interstate LLC*
*f/k/a Allied Interstate, Inc.*